# Court of Appeals
# of the State of Georgia

ATLANTA,  June 26, 2018

*The Court of Appeals hereby passes the following order:*

## A18E0058. McCARTHY v. ASHMENT.

Joseph B. McCarthy has filed an emergency motion for supersedeas, alleging that the trial court "has refused to grant [s]upersedeas" of its incarceration order finding McCarthy in willful contempt for failure to pay child support, pay his portion of expenses related to his children's medical expenses and extracurricular activities, provide health insurance, and pay attorney fees. Based upon our review of the documents he submitted to this Court, McCarthy has not met the requirements of OCGA § 5-6-13 (a), and therefore, his motion is hereby DENIED.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/26/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See generally *Gallemore v. White*, 303 Ga. 209 (811 SE2d 315) (2018).